UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ESCOBAR ENTERPRISES, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00259 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 8) |

The plaintiff report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 8) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than May 21, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **April 5, 2021**                    **_/s/ Jennifer L. Thurston**
                                                CHIEF UNITED STATES MAGISTRATE JUDGE