UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ESCOBAR ENTERPRISES, et al.,<br><br>Defendants. | Case No.: 1:21-cv-00259 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN THIS ACTION TO A DISTRICT JUDGE AND CLOSE THE ACTION<br>(Doc. 10) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i). (Doc. 10) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated: **May 21, 2021**       _ **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE